**F I L E D**
CLERK, U.S. DISTRICT COURT

1/6/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ VAV _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>RAFAEL OCHOA,<br><br>          Defendant. | CR No.  2:23-cr-00003-FMO<br><br>I N F O R M A T I O N<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Possession with Intent to Distribute Methamphetamine] |

The United States Attorney charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about May 10, 2019, in Los Angeles County, within the Central District of California, defendant RAFAEL OCHOA knowingly and

//

//

1    intentionally possessed with intent to distribute at least 50 grams

2    of methamphetamine, a Schedule II controlled substance.

3

4                                        E. MARTIN ESTRADA
                                         United States Attorney

5

6

7                                        SCOTT M. GARRINGER
                                         Assistant United States Attorney
8                                        Chief, Criminal Division

9                                        JOSHUA O. MAUSNER
                                         Assistant United States Attorney
10                                       Deputy Chief, General Crimes
                                         Section

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2